UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61650-CIV-DIMITROULEAS

CHARLOTTE E. NICHOLAS,

        Magistrate Judge Snow

    Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, filed herein on February 15, 2011 [DE 9].  The Court has carefully considered the Joint Stipulation, notes the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 9] is hereby **APPROVED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Clerk shall deny any pending motions as moot.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of February, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record